BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL HERNANDEZ, on behalf of his child D.H. and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WISNER BAUM, LLP<br><br>Defendant. | Case No.: 2:26-cv-01527<br><br>[PROPOSED] ORDER CONSOLIDATING ACTIONS, VACATING CURRENT RESPONSE DEADLINES, AND SETTING DEFENDANT'S DEADLINE TO RESPOND TO CONSOLIDATED COMPLAINT |

Having considered the Parties' stipulation and finding good cause, the Court hereby ORDERS:

1. The above captioned action is to be consolidated with the already Consolidated Action, *Hartman v. Wisner Baum, LLP*, No. 2:26-cv-01017.

2. Defendant shall have thirty (30) days to respond after Plaintiffs file a consolidated complaint, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: March 30, 2026

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE